United States Courts
Southern District of Texas
FILED

JUN 15 2016

David J. Bradley, Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | CRIMINAL NO.: H-16- |
| BILLIE HAWKINS, JIRRON CURTIS, LARODERICK MARTIN, MARCUS MALBRO, Defendants | § § § § § | 16 CR 0253 |

**INDICTMENT**

THE GRAND JURY CHARGES THAT:

COUNT ONE

Title 18, United States Code, § 1951(a)-
Conspiracy to Interfere with Commerce by Robbery

INTRODUCTION

At all times material to this Indictment, La Michocana Meat Market is a grocery store chain in the Houston area, within the Southern District of Texas. La Michocana Meat Market stores engage in the sale of consumer goods, which travel in interstate commerce and which affect interstate commerce.

At all times material to this Indictment, Barri Financial Group is a Houston based non-banking financial business that has stores throughout the United States. Specifically, in this indictment, Barri Financial Group operates store fronts within each La Michocana Meat Market referenced herein. Barri Group, a non-banking financial service, operates with United States and foreign currencies, which travel in interstate commerce and which affect interstate commerce.

Beginning on or about December 21, 2015 and continuing until on or about December 30, 2015, in the Houston Division of the Southern District of Texas,

BILLIE HAWKINS,
JIRRON CURTIS,
LARODERICK MARTIN,
MARCUS MALBRO,

defendants herein, did knowingly and intentionally combine, conspire, confederate, and agree with each other, and others known and unknown to the Grand Jury, to obstruct, delay, and affect interstate commerce and the movement of articles and commodities in commerce by means of robbery, as the terms "commerce" and "robbery" are defined in Title 18, United States Code, §§ 1951(b)(1) and (b)(3), in that the defendants did unlawfully combine, conspire, confederate, and agree with each other, to unlawfully take and obtain property, namely, United States currency, by means of actual and threatened force, violence, and fear of injury to those in lawful possession of those items; in violation of Title 18, United States Code, § 1951(a).

## MANNER AND MEANS

The unlawful conspiracy was accomplished in the following manner and means:

1. It was part of the conspiracy that one or more co-conspirators would conduct surveillance of the premises in preparation to commit the robberies indicted below.

2. It was further part of the conspiracy that two or more co-conspirators would brandish and/or discharge firearms during the robberies, putting lives in jeopardy.

3. It was further part of the conspiracy that after entering the store, during the commission of the armed robberies, one or more conspirators would force the store employee to hand over money from the drawers and/or vault.

4. It was further part of the conspiracy that conspirators would use getaway vehicles after exiting the banks, and would sometimes drive to a second location and then transfer to "switch" cars, communicating via cell phone.

5. It was further part of the conspiracy that co-conspirators would divide the proceeds from the robberies.

## OVERT ACTS

In furtherance of this conspiracy, and in order to effect and accomplish its objectives, one or more of the defendants committed in the Southern District of Texas the overt acts alleged in Counts Two through Thirteen of this Indictment which are re-alleged and incorporated herein by reference, in particular:

1. On or about December 21, 2015, two masked and armed co-conspirators known to the Grand Jury entered La Michocana Meat Market and Barri Financial Group located at 8501 Gulf Freeway #A, in Houston, Texas, shot rounds into the ceiling, and assaulted employees to ultimately steal approximately $30,000.00 in U.S. currency. A co-conspirator was observed at the La Michocana Meat Market earlier in the day.

2. The masked co-conspirators fled in a stolen silver SAAB, which they abandoned after a car accident, leaving behind U.S. currency and a .380 caliber pistol firearm.

3. BILLIE HAWKINS directed the two masked co-conspirators on where to go via cellphone before ultimately picking up the co-conspirators in his black Chevrolet Monte Carlo SS.

4. On or about December 21, 2015, LARODERICK MARTIN and JIRRON CURTIS entered La Michocana Meat Market located at 3910 Aldine Mail Rd., in Houston, Texas, while masked and carrying firearms, shot into the ceiling, assaulted employees, and stole approximately $500.00 in U.S. currency.

5. LARODERICK MARTIN and JIRRON CURTIS fled in a stolen white truck, and drove to the switch car. BILLIE HAWKINS picked up the two men in his black Chevrolet Monte Carlo SS.

6. An examination of JIRRON CURTIS's phone shows cell phone calls between JIRRON CURTIS and BILLIE HAWKINS prior to and around the time of the offense.

7. On or about December 24, 2015, JIRRON CURTIS, MARCUS MALBRO, and a co-conspirator entered La Michocana Meat Market at 15707 Westpark Rd., in Houston, Texas, masked and armed, shot into the ceiling upon entry, and stole approximately $600.00 in U.S. currency. They fled in a dark colored Dodge Ram.

8. LARODERICK MARTIN picked up JIRRON CURTIS, MARCUS MALBRO and the co-conspirator in a separate vehicle. LARODERICK MARTIN also acted as lookout and divided the stolen money. BILLIE HAWKINS and LARODERICK MARTIN planned the robbery.

9. An examination of LARODERICK MARTIN's cellular phone shows a text saying, "you going in bihh" to BILLIE HAWKINS on December 24, 2015, prior to the

offense. LARODERICK MARTIN also conducted a web search for several Houston robberies on his phone.

10. An examination of JIRRON CURTIS's cellular phone shows calls to LARODERICK MARTIN on December 24, 2015 around the time of the robbery.

11. On or about December 30, 2015, MARCUS MALBRO and a co-conspirator entered La Michocana Meat Market and Barri Financial Group located at 1424 Spring Cypress Road, in Spring, Texas, carrying firearms that they pointed at cashiers and stole approximately $42,000.00 in U.S. currency. The masked co-conspirators fled in a Toyota Camry, but abandoned the vehicle upon realizing they were being pursued. A co-conspirator was observed at La Michocana Meat Market earlier in the day.

COUNT TWO

Title 18, United States Code, §§ 1951(a) and 2 –
Aiding and Abetting Interference with Commerce by Robbery

On or about December 21, 2015, in the Houston Division of the Southern District of Texas,

BILLIE HAWKINS,

defendant herein, aiding and abetting others known and unknown to the Grand Jury, did knowingly and intentionally obstruct, delay, and affect interstate commerce and the movement of articles and commodities in commerce by means of robbery, as the terms "commerce" and "robbery" are defined in Title 18, United States Code, §§ 1951(b)(1) and (b)(3), in that the defendant and his co-conspirators did unlawfully take and obtain the property of La Michocana

Meat Market Store, located at 8501 Gulf Freeway #A, in Houston, Texas, which was in the possession and custody of an employee of La Michocana Meat Market, namely, United States currency, by means of actual and threatened force, violence, and fear of injury to those in lawful possession of those items.

In violation of Title 18, United States Code, §§ 1951(a) and 2.

## COUNT THREE

### Title 18, United States Code, §§ 924(c)(1)(A) and 2: - Aiding and Abetting Using, Carrying, Brandishing and Discharging a firearm during and in relation to a crime of violence

On or about December 21, 2015, in the Houston Division of the Southern District of Texas,

### BILLIE HAWKINS,

defendant herein, aiding and abetting others known and unknown to the grand jury, did knowingly carry, brandish and discharge a firearm, namely, a handgun, during and in relation to a crime of violence for which he may be prosecuted in a court of the United States, that being Aiding and Abetting Interference with Commerce by Robbery as alleged in Count Two.

In violation of Title 18, United States Code, §§ 924(c)(1)(A)(iii) and 2.

## COUNT FOUR

### Title 18, United States Code, §§ 1951(a) and 2 –
### Aiding and Abetting Interference with Commerce by Robbery

On or about December 21, 2015, in the Houston Division of the Southern District of Texas,

### BILLIE HAWKINS,

defendant herein, aiding and abetting others known and unknown to the Grand Jury, did knowingly and intentionally obstruct, delay, and affect interstate commerce and the movement of articles and commodities in commerce by means of robbery, as the terms "commerce" and "robbery" are defined in Title 18, United States Code, §§ 1951(b)(1) and (b)(3), in that the defendant and his co-conspirators did unlawfully take and obtain the property of Barri Financial Group, 8501 Gulf Freeway #A, Houston, Texas, which was in the possession and custody of an employee of Barri Financial Group, namely, United States currency, by means of actual and threatened force, violence, and fear of injury to those in lawful possession of those items.

In violation of Title 18, United States Code, §§ 1951(a) and 2.

## COUNT FIVE

### Title 18, United States Code, §§ 924(c)(1)(A) and 2: -
### Aiding and Abetting Using, Carrying, Brandishing and Discharging a firearm during and in relation to a crime of violence

On or about December 21, 2015, in the Houston Division of the Southern District of Texas,

BILLIE HAWKINS,

defendant herein, aiding and abetting others known and unknown to the grand jury, did knowingly carry, brandish and discharge a firearm, namely, a handgun, during and in relation to a crime of violence for which he may be prosecuted in a court of the United States, that being Aiding and Abetting Interference with Commerce by Robbery as alleged in Count Four.

In violation of Title 18, United States Code, §§ 924(c)(1)(A)(iii) and 2.

## COUNT SIX

### Title 18, United States Code, §§ 1951(a) and 2 – Aiding and Abetting Interference with Commerce by Robbery

On or about December 21, 2015, in the Houston Division of the Southern District of Texas,

BILLIE HAWKINS,
JIRRON CURTIS,
LARODERICK MARTIN,

defendants herein, aiding and abetting each other as well as others known and unknown to the Grand Jury, did knowingly and intentionally obstruct, delay, and affect interstate commerce and the movement of articles and commodities in commerce by means of robbery, as the terms "commerce" and "robbery" are defined in Title 18, United States Code, §§ 1951(b)(1) and (b)(3), in that the defendants did unlawfully take and obtain the property of La Michocana Meat Market Store, located at 3910 Aldine Mail Rd, in Houston, TX, which was in the possession and custody of an employee of La Michocana Meat Market, namely, United States currency, by means of

actual and threatened force, violence, and fear of injury to those in lawful possession of those items.

In violation of Title 18, United States Code, §§ 1951(a) and 2.

## COUNT SEVEN

### Title 18, United States Code, §§ 924(c)(1)(A) and 2: - Aiding and Abetting Using, Carrying, Brandishing and Discharging a firearm during and in relation to a crime of violence

On or about December 21, 2015, in the Houston Division of the Southern District of Texas,

**BILLIE HAWKINS,**
**JIRRON CURTIS**
**LARODERICK MARTIN,**

defendants herein, aiding and abetting each other as well as others known and unknown to the grand jury, did knowingly carry, brandish and discharge a firearm, namely, a handgun, during and in relation to a crime of violence for which they may be prosecuted in a court of the United States, that being Aiding and Abetting Interference with Commerce by Robbery as alleged in Count Six.

In violation of Title 18, United States Code, §§ 924(c)(1)(A)(iii) and 2.

## COUNT EIGHT

### Title 18, United States Code, §§ 1951(a) and 2 – Aiding and Abetting Interference with Commerce by Robbery

On or about December 24, 2015, in the Houston Division of the Southern District of Texas,

BILLIE HAWKINS,
JIRRON CURTIS,
LARODERICK MARTIN,
MARCUS MALBRO,

defendants herein, aiding and abetting each other as well as others known and unknown to the Grand Jury, did knowingly and intentionally obstruct, delay, and affect interstate commerce and the movement of articles and commodities in commerce by means of robbery, as the terms "commerce" and "robbery" are defined in Title 18, United States Code, §§ 1951(b)(1) and (b)(3), in that the defendants did unlawfully take and obtain the property of La Michocana Meat Market Store #110021, located at 15707 Westpark, in Houston, TX, which was in the possession and custody of an employee of La Michocana Meat Market, namely, United States currency, by means of actual and threatened force, violence, and fear of injury to those in lawful possession of those items.

In violation of Title 18, United States Code, §§ 1951(a) and 2.

## COUNT NINE

Title 18, United States Code, §§ 924(c)(1)(A) and 2: -
Aiding and Abetting Using, Carrying, Brandishing and Discharging a firearm during and in relation to a crime of violence

On or about December 24, 2015, in the Houston Division of the Southern District of Texas,

BILLIE HAWKINS,
JIRRON CURTIS,
LARODERICK MARTIN,
MARCUS MALBRO,

defendants herein, aiding and abetting each other as well as others known and unknown to the grand jury, did knowingly carry, brandish and discharge a firearm, namely, a handgun, during and in relation to a crime of violence for which they may be prosecuted in a court of the United States, that being Aiding and Abetting Interference with Commerce by Robbery as alleged in Count Eight.

In violation of Title 18, United States Code, §§ 924(c)(1)(A)(iii) and 2.

## COUNT TEN

Title 18, United States Code, §§ 1951(a) and 2 –
Aiding and Abetting Attempted Interference with Commerce by Robbery

On or about December 30, 2015, in the Houston Division of the Southern District of Texas,

MARCUS MALBRO

defendant herein, aiding and abetting others known and unknown to the Grand Jury, did knowingly and intentionally attempt to obstruct, delay, and affect interstate commerce and the movement of articles and commodities in commerce by means of robbery, as the terms "commerce" and "robbery" are defined in Title 18, United States Code, §§ 1951(b)(1) and (b)(3), in that the defendant and other co-conspirators did unlawfully attempt to take and obtain the property of La Michocana Meat Market Store, located at 1424 Spring Cypress, in Spring, Texas, which was in the possession and custody of an employee of La Michocana Meat Market, by means of actual and threatened force, violence, and fear of injury to those in lawful possession of those items.

In violation of Title 18, United States Code, §§ 1951(a) and 2.


## COUNT ELEVEN

### Title 18, United States Code, §§ 924(c)(1)(A) and 2: - Aiding and Abetting Using, Carrying, and Brandishing a firearm during and in relation to a crime of violence

On or about December 30, 2015, in the Houston Division of the Southern District of Texas,

### MARCUS MALBRO

defendant herein, aiding and abetting others known and unknown to the Grand Jury, did knowingly carry, and brandish a firearm, namely, a handgun, during and in relationship to a crime of violence for which he may be prosecuted in a court of the United States, that being

Aiding and Abetting Attempted Interference with Commerce by Robbery as alleged in Count Ten.

In violation of Title 18, United States Code, § 924(c)(1)(A)(ii) and § 2.

## COUNT TWELVE

Title 18, United States Code, §§ 1951(a) and 2 –
Aiding and Abetting Attempted Interference with Commerce by Robbery

On or about December 30, 2015, in the Houston Division of the Southern District of Texas,

### MARCUS MALBRO,

defendant herein, aiding and abetting others known and unknown to the Grand Jury, did knowingly and intentionally attempt to obstruct, delay, and affect interstate commerce and the movement of articles and commodities in commerce by means of robbery, as the terms "commerce" and "robbery" are defined in Title 18, United States Code, §§ 1951(b)(1) and (b)(3), in that the defendant and other co-conspirators did unlawfully attempt to take and obtain the property of Barri Financial Group, located at 1424 Spring Cypress, in Spring, Texas, which was in the possession and custody of an employee of a Barri Financial Group, by means of actual and threatened force, violence, and fear of injury to those in lawful possession of those items.

In violation of Title 18, United States Code, §§ 1951(a) and 2.

COUNT THIRTEEN

Title 18, United States Code, §§ 924(c)(1)(A) and 2: -
Aiding and Abetting Using, Carrying, and Brandishing a firearm during and in relation to a crime of violence

On or about December 30, 2015, in the Houston Division of the Southern District of Texas,

MARCUS MALBRO,

defendant herein, aiding and abetting others known and unknown to the Grand Jury, did knowingly carry, and brandish a firearm, namely, a handgun, during and in relationship to a crime of violence for which he may be prosecuted in a court of the United States, that being Aiding and Abetting Attempted Interference with Commerce by Robbery as alleged in Count Twelve.

In violation of Title 18, United States Code, § 924(c)(1)(A)(ii) and § 2.

Notice of Criminal Forfeiture

Pursuant to Title 18, United States Code, § 924(d)(1), and Title 28, United States Code, § 2461, the United States of America gives notice to the defendants,

BILLIE HAWKINS,
JIRRON CURTIS,
LARODERICK MARTIN,
MARCUS MALBRO,

that, in the event of conviction of the offense charged in Counts Three, Five, Seven, Nine, Eleven and Thirteen the United States of America shall forfeit all firearms and ammunition

involved in or used in a violation of Title 18, United States Code, § 924(c)(1)(A)(ii) and (iii), including, but not limited to:

1. HIGHPOINT, MODEL C9, 9MM CALIBER PISTOL, SERIAL NUMBER: P1666732
2. BERETTA, MODEL 92, 9MM CALIBER PISTOL, SERIAL NUMBER: J91961Z
3. RUGER, MODEL LCP, .380 CALIBER PISTOL, SERIAL NUMBER: 37242352
4. TAURUS, MODEL PT845, .45 CALIBER PISTOL, SERIAL NUMBER: NFP90112

A TRUE BILL:

Original Signature on File
FOREMAN OF THE GRAND JURY

KENNETH MAGIDSON
United States Attorney

BY: _____
CELIA MOYER
Assistant United States Attorney